# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SWANSON, JR.,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 82500

FILED

MAR 0 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 14, 2013. Appellant did not file the notice of appeal, however, until January 28, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-06612

cc: Hon. David M. Jones, District Judge
Steven Swanson, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk